**Robert J. LOVE, Appellant,**

Dennis W. Strutton, Plaintiff,

v.

**Dorn SCHOFFMAN, Director, Missouri Department of Mental Health; Alan Blake, CEO, Missouri Sex Offender Treatment Center; Dr. Jay Engleheart, Medical Director, Missouri Sexual Offender Treatment Center; Dr. Marty Bellew–Smith, Clinical Director, Missouri Sexual Offender Treatment Center; Dr. Linda Mead, Missouri SOTC Psychologist, Missouri Sex Offender Treatment Center; James Purkett, Superintendent of Farmington Correctional Center; Gerald Hoefline, Sex Offender Assessment Unit Evaluator; Dr. Laura Hunsucker, Missouri Sex Offender Treatment Program, Appellees.**

No. 04–3481.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 31, 2005.

Decided: Sept. 2, 2005.

Robert J. Love, Farmington, MO, pro se.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Robert Love, who has been committed under Missouri's Sexually Violent Predator Act, appeals the district court's [1] 28 U.S.C. § 1915(e)(2)(B) preservice dismissal without prejudice of his complaint. Following de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per cu-

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

riam), we conclude the district court properly dismissed the complaint. Among its infirmities, the complaint did not specify which of the many named defendants was responsible for each of the alleged harms, many of the claims were stated in the most general terms, and the attack on the fact and duration of Love's confinement must be brought in a habeas corpus petition after exhausting state remedies.

Accordingly, we affirm. *See* 8th Cir. R. 47B.